NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JO ANN MARSHBURN WILSON,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5121

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-795, Judge Lawrence J. Block.

---

**ON MOTION**

---

**ORDER**

Jo Ann Marshburn Wilson moves for leave to proceed in forma pauperis and moves to appeal the decision of the United States Court of Federal Claims.

We note that the United States Court of Federal Claims permitted Wilson to proceed in forma pauperis. Thus, pursuant to Fed. R. App. P. 24(a)(3), Wilson may proceed in forma pauperis on appeal without further

authorization and her motion for leave to proceed in forma pauperis is moot.

Wilson's motion to appeal the trial court's decision is not necessary. Any arguments concerning the merits of Wilson's case may be included in her reply brief.

Accordingly,

IT IS ORDERED THAT:

The motions are moot.

FOR THE COURT

**SEP 3 0 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Jo Ann Marshburn Wilson
     Gregg P. Yates, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2010

JAN HORBALY
CLERK